# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| William Jeffries,<br><br>    Plaintiff,<br><br>vs.<br><br>Synchrony Bank,<br><br>    Defendant. | **Case No. 3:20-cv-3031**<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

    **COMES NOW**, the undersigned and hereby dismisses the above-captioned matter without prejudice.

                         MARKS LAW FIRM, P.C.

                         */s/ Samuel Z. Marks*
                         Samuel Z. Marks
                         4225 University Avenue
                         Des Moines, Iowa 50311
                         Telephone: (515) 276-7211
                         Fax: (515) 276-6280
                         Email: sam@markslawdm.com
                                    office@markslawdm.com
                         ATTORNEY FOR PLAINTIFF

CC:

Julie Tomka Bittner
MWH Law Group LLP
1501 42nd St., Ste. 465
West Des Moines, IA 50266
Phone: (515) 453-8509
julie.bittner@mwhlawgroup.com
ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on July 29, 2020.

By:
- ☐ Overnight Courier
- ☐ Fax
- ☐ E mailed
- ☐ Hand Delivered
- ☐ U.S. Mail
- ■ Other
- ☐ Certified Mail
- ☐ Scanned    efiled CMECF

Signature  /s/ Samuel Z. Marks